# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRANDY CLARK

vs.                                    NO. 3:05CV00087 SWW

CITY OF WEST MEMPHIS, ET AL

### ORDER

Before the Court is plaintiff's motion for a continuance of the trial in this matter which is scheduled for April 23, 2007, stating that plaintiff and her spouse have begun new employment in Arizona and are in a 90-day probationary period, and attendance at trial will pose a risk of termination from employment. Plaintiff further states that the defense has no objection to the motion. For good cause shown, the parties previously have been advised that the motion would be granted.

IT IS THEREFORE ORDERED that plaintiff's motion for continuance is granted. Counsel for the parties have advised the Court of an amicable date for resetting of the trial. Therefore, the above-styled case is rescheduled for trial to a jury to commence at **1:30 p.m.** the week beginning **TUESDAY, NOVEMBER 13, 2007**, in Jonesboro, Arkansas. Counsel are to be present thirty minutes prior to trial.

As this matter was continued shortly before the trial date, there are no deadlines remaining.

IT IS SO ORDERED this 12th day of April, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE