IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **BRANDY CLARK** | | **PLAINTIFF** |
| v. | No. 3:05CV00087SWW | |
| **CITY OF WEST MEMPHIS, ARKANSAS; MAYOR WILLIAM H. JOHNSON**, individually and in his official capacity; **PATROLMAN ANDRE NASH**, individually and in his official capacity; **SGT. CHARLIE DABBS**, individually and in his official capacity; and **CHIEF BOB PAUDERT**, individually and in his official capacity | | **DEFENDANTS** |

### ORDER

Before the Court is a joint motion to dismiss with prejudice by the plaintiff and defendants. The Court being fully advised and in consideration of the parties' motion, the Court finds the motion is made for good cause and is hereby GRANTED.

It is therefore Ordered that this case be and hereby is DISMISSED WITH PREJUDICE.

_____
Hon. Susan W. Wright, U.S. District Judge

October 29, 2007
Date

Approved by:

_____
Angela R. Echols, Attorney for Defendants

_____
Bill Stanley, Attorney for Plaintiffs